An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN DWIGHT WILSON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 68811

**FILED**

DEC 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal.[1] Cause appearing, we

ORDER this appeal DISMISSED.[2]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]Appellant's motion for an extension of time to file the fast track statement is denied as moot.

[2]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726 (1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-37339

cc: Hon. James E. Wilson, District Judge
State Public Defender/Carson City
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk